■ PAUL WORON, Respondent, v. EVERETT TAYLOR, Appellant, et al., Defendant.—In an action to recover damages for personal injuries, the appeal is from an order of the County Court, Suffolk County, denying appellant's motion to set aside an order of said court dated June 10, 1958. That order granted respondent's motion, which appellant failed to oppose, to strike out appellant's answer for having failed to appear for examination before trial pursuant to a notice to examine which had been served on appellant's attorneys (Civ. Prac. Act, § 299). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ YESHIVA UNIVERSITY, Respondent, v. ETHEL M. EDELMAN, Appellant, et al., Defendant.—In an action for partition, the appeal is from so much of an order as granted a motion to strike from the amended answer the first separate and complete defense and first counterclaim, the third separate and complete defense, and the fourth separate and complete defense and second counterclaim. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ YORKTOWN HOMES, INC., Appellant, v. COUNTY OF WESTCHESTER et al., Respondents.—In an action to recover, *inter alia*, a deposit of $10,000, the appeal is from a judgment entered on a jury verdict dismissing the complaint. The deposit was made by appellant with the respondent Department of Health to guarantee performance of work to correct violations filed by said respondent on one-family houses in appellant's development. The violations concerned the drainage of surface water and the operation of private sewage disposal facilities (septic tanks). Appellant contends that the contract is one for the benefit of third parties (owners of houses in the development), that the third parties made performance by appellant impossible, and that appellant is entitled to the return of the deposit. Judgment unanimously affirmed, with costs. No opinion. Present—Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

## (November 24, 1958)

■ CLELIA B. CARISSIMO, Respondent, v. MARIUS F. CARISSIMO, Appellant.—Motion to dismiss appeal from order and judgment (one paper), entered May 29, 1956 granted, with $10 costs, and appeal dismissed. Motion to dismiss appeal from order and judgment (one paper), entered December 6, 1957 granted, with $10 costs, and appeal dismissed. Present—Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of MICHAEL MANSEUR, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.—Motion for leave to appeal as a poor person denied. The appeal will be heard on the original papers (State Residential Rent Law, § 9, subd. 2; L. 1946, ch. 274, as amd.) and on a typewritten brief. Appellant is directed to file five typewritten copies of his brief and to serve one copy thereof on the respondent. The typewritten brief shall be double spaced and each page shall contain not more than three folios. Present—Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.